IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNNY LACY, JR.,

    Plaintiff,

v.

                                Case No.  20-cv-836-jdp

WISCONSIN DEPARTMENT OF
CORRECTIONS, HEIDI BROWN,
WILLIAM BROWN, PETER JAEGER,
MARK KARTMAN, JUDY PAYNE,
STAN POTRATZ, and INJURED
PATIENTS AND FAMILY
COMPENSATION FUND,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | January 24, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |